848

## Commonwealth v. Pletcher, Appellant.

Submitted March 20, 1970. *Edmund E. De-Paul,* and *DePaul & Manos,* for appellant; *James D. Crawford,* Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth v. Pritt, Appellant.

Submitted March 9, 1970. *Cameron R. Pritt,* appellant, in propria persona; *Gary M. Gilbert,* Assistant District Attorney, and *Harold N. Fitzkee, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth v. Roach, Appellant.

Submitted March 24, 1970. *Herbert G. Hardin,* for appellant; *Carroll S. Connard,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.